UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7:14-CR-9-1FL

| UNITED STATES OF AMERICA, | |
|---|---|
| vs. | **ORDER TO SEAL** |
| SHAWN MELVIN,<br>　　　　Defendant | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, upon Defendant, Shawn Melvin's Motion to Seal the pleading filed on December 20, 2014 (DE #130).

**IT IS, ORDERED** that, for good cause shown, Defendant's Motion to Seal the pleading filed on December 20, 2014 (DE #130), is granted.

This the  29th  day of December, 2014.

　　　　　　　　　　　　*Louise W. Flanagan*
　　　　　　　　　　　　THE HONORABLE LOUISE W. FLANAGAN
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE