UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7-14-CR-9FL-001

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| SHAWN MELVIN, | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the __4th__ day of September, 2015.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA